ACCEPTED
CV-15-00006-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/13/2015 2:28:41 PM
KEITH HOTTLE
CLERK

FILED

NO.   CV-13-0200356

APPEALS NO.:  04-15-00006-CV

2015 MAR 13  AM 11: 55

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/13/2015 2:28:41 PM
KEITH HOTTLE
Clerk

| | | |
|---|---|---|
| **ROBERT TYSON,** | § | **IN THE DISTRICT COURT** |
| **CARL AND KATHY TAYLOR,** | | |
| **LINDA AND RON TETRICK,** | | |
| **JIM AND NANCY WESCOTT, and** | | |
| **PAUL AND RUTHE NILSON,** | | |
| | § | **198th DISTRICT** |
| **Plaintiffs,** | | |
| -against- | | |
| | § | **BANDERA COUNTY, TEXAS** |
| **ROBERT N. FREEMAN II,** | | |
| **Defendants.** | § | |

## PLAINTIFFS' AMENDED NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

This case is pending in the 198th District Court, Bandera County, Texas under the above state case number and style.

On August 29th, 2014 Honorable Rex Emerson granted summary judgment in favor of individual Defendant/Appellee Robert N. Freeman II dismissing all of Plaintiffs'/Appellants' claims against him with prejudice.

On September 15th, 2014 Plaintiffs/Appellants filed a motion for rehearing with respect to the summary judgment, and on September 18th, 2014 individual Defendant/Appellee Robert N. Freeman II moved for severance, requesting the trial court to sever all of Appellants' claims against him and assign a new cause number.

On October 21st, 2014 Honorable Rex Emerson, having heard both Appellants' and Appellee's motions, granted Robert N. Freeman's motion for severance of all claims against him and assigned the above cause number (CV-13-0200356), and denied Appellants' motion for rehearing.

Appellants desire to appeal these Orders to the Fourth Court of Appeals in San Antonio, Texas.

Respectfully Submitted,

/S/ *(signature)*

CAROLE K. BOYD
Attorney for Appellants
Robert Tyson,
Carl and Kathy Taylor,
Linda and Ron Tetrick,
Jim and Nancy Wescott,
Paul and Ruthe Nilson
15751 Highway 16 North
Medina, Texas 78055
(830) 589-7587
Fax: (830) 589-7598
E-mail: ckbesq@hctc.net
SBN: 00786793

## CERTIFICATE OF SERVICE

I certify that on the 13th day of March, 2015, I served a true and correct copy of this pleading upon opposing counsel as follows:

C. Dixon Mosty
By electronic filing

Stephen Schulte
By electronic filing

*(signature)*

/S/ CAROLE K. BOYD